UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHELSIE I. REECE,

           Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

           Defendant.

CASE NO. 12-CV-05225 JRC

ORDER GRANTING STIPULATED MOTION TO REVERSE AND REMAND FOR FURTHER CONSIDERATION

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8.) This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 22.)

      After reviewing defendant's stipulated motion and the remaining record, the Court grants defendant's motion, and ORDERS that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and supplemental security income pursuant to Titles

1  II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of

2  Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On

3  remand, the Administrative Law Judge will hold a *de novo* hearing; reevaluate the medical

4  evidence including Dr. Wilson's opinion and provide an appropriate reason for rejecting or

5  accepting the opinion(s); if necessary, obtain an internal medicine consultative examination to

6  assess further claimant's physical impairments; provide a clear, articulated residual functional

7  capacity assessment; present a complete vocational hypothetical question to the vocational expert

8  and if necessary, resolve any inconsistencies between the testimony and DOT; and issue a new

9  decision.

10         The ALJ should take any other actions necessary to develop the record.  In addition,

11 plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

12         Given the facts and the parties' stipulation, the Court hereby orders that the case be

13 **REVERSED** and **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

14         Dated this 2nd day of October, 2012.

                                                                          /s/ J. Richard Creatura
                                                                          J. Richard Creatura
                                                                          United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
REVERSE AND REMAND FOR FURTHER
CONSIDERATION - 2