UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHELSIE I. REECE,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>               Defendant. | CASE NO. 12-CV-05225 JRC<br><br>ORDER GRANTING MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES AND EXPENSES |

      This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8). This matter is before the Court on the Plaintiff's Petition for Award of Attorney's Fees, Costs & Expenses Pursuant to the Equal Access to Justice Act 28 U.S.C. §§ 2412, 1920 & Supporting Affidavit (*see* ECF No. 25). Defendant responded explicitly that he has no objection (*see* ECF No. 26).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412 (hereinafter "EAJA"), and 28 U.S.C. § 1920, as well as the relevant record, the lack of an objection and the Petition of Plaintiff (*see* ECF No. 25), it is hereby ORDERED that EAJA attorney's fees of $4,836.57, expenses of $20.88 (service by certified mail) and costs of $14.95 (copies and postage) for a **total of $4,872.40**, shall be awarded to plaintiff pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).

If it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Rosemary B. Schurman, based on plaintiff's assignment of these amounts to plaintiff's attorney (*see* ECF No. 25, pp. 2, 4). The same procedure applies for any remainder following any offset. Any check for EAJA fees shall be mailed to plaintiff's counsel, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, Washington 98034.

Dated this 2nd day of November, 2012.

J. Richard Creatura
United States Magistrate Judge